CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIDAH BIN SALEH AL YAZIDI ET AL. ) | |
| ) | |
| Plaintiffs ) | |
| v. ) | Civil Case Number 07-2337 (HHK) |
| ) | |
| ) | Category    G |
| ) | |
| GEORGE BUSH, ET AL. ) | |
| ) | |
| Defendants ) | |

# REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>January 2, 2008</u> from <u>Judge Colleen Kollar-Kotelly</u> to <u>Judge Henry H. Kennedy, Jr.</u> by direction of the Calendar Committee.

(Randomly Reassigned as Case Not Related to 05cv313)

<u>JUDGE ELLEN SEGAL HUVELLE</u>
Chair, Calendar Committee

cc:   <u>Judge Kollar-Kotelly</u> & Courtroom Deputy
      <u>Judge Kennedy</u> & Courtroom Deputy
      Liaison, Calendar Committee
      Civil Case Processing Clerk