UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIDAH BIN SALEH AL YAZIDI,<br><br>Detainee,<br><br>SAMI AL HAJJ, as Next Friend of<br>RIDAH BIN SALEH AL YAZIDI,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Defendants. | Civil Action 07-2337 (HHK) |

ORDER

Before the court is Ridah Bin Saleh Al Yazidi's "Amended Emergency Motion to Enter the November 8, 2004 Amended Protective Order from *In Re Guantanamo Bay Detainees Cases*" [#11]. It is this 17th day of January, 2008, hereby

**ORDERED** that defendants shall file any response they may have to this motion on or before January 22, 2008.

                                                                                     Henry H. Kennedy, Jr.
                                                                                     United States District Judge