UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIDAH BIN SALEH AL YAZIDI,<br><br>Detainee,<br><br>SAMI AL HAJJ, as Next Friend of RIDAH BIN SALEH AL YAZIDI,<br><br>Petitioners/Plaintiffs,<br><br>v.<br><br>GEORGE W. BUSH, et al.,<br><br>Defendants. | Civil Action 07-2337 (HHK) |

ORDER

Before the court is petitioner's "Amended Emergency Motion to Enter the November 8, 2004 Amended Protective Order From *In Re Guantanamo Bay Detainees Cases*" [#11]. Upon consideration of the motion, the opposition thereto and the record of this case, the court concludes that the motion should be denied. Accordingly, it is this 5th day of February 2008, hereby

**ORDERED** that petitioner's motion is **DENIED**.

Henry H. Kennedy, Jr.
United States District Judge