IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RIDAH BIN SALEH AL YAZIDI, *et al.*, | ) <br> ) |
| Petitioners, | ) <br> ) |
| v. | )    Civil Action No. 07-CV-2337 (HHK) <br> ) |
| GEORGE W. BUSH, <br>     President of the United States, <br>   *et al.*, | ) <br> ) <br> ) <br> ) |
| Respondents. | ) <br> ) |

**ATTORNEY APPEARANCE**

    Undersigned counsel, Terry M. Henry, hereby enters his appearance as one of the counsel for respondents in the above-named case.

Dated: February 20, 2008          Respectfully submitted,

                                                   JEFFREY S. BUCHOLTZ
                                                   Acting Assistant Attorney General

                                                   DOUGLAS N. LETTER
                                                   Terrorism Litigation Counsel

                                                       /s/ *Terry M. Henry*
                                                   TERRY M. HENRY
                                                   Senior Trial Counsel
                                                   United States Department of Justice
                                                   Civil Division, Federal Programs Branch
                                                   20 Massachusetts Ave., N.W.
                                                   Washington, DC  20530
                                                   Tel:  (202) 514-4107

                                                   Attorneys for Respondents