**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| RIDAH BIN SALEH AL YAZIDI, et al., | |
| Petitioner, | |
| v. | Civil Action No. 07-2337 (HHK) |
| GEORGE W. BUSH, <u>et</u> <u>al.</u>, | |
| Respondents. | |

**NOTICE OF APPEAL**

NOTICE is hereby given that respondents/defendants George W. Bush, President of the

United States, Robert M. Gates, Secretary, United States Department of Defense, Rear Adm.

Mark H. Buzby, Commander, Joint Task Force-GTMO, and Army Col. Bruce Vargo,

Commander, Joint Detention Group, JTF-GTMO (<u>i.e.</u>, all respondents/defendants herein) hereby

appeal to the United States Court of Appeals for the District of Columbia Circuit from the

Court's Order dated January 11, 2008 (dkt. no. 9) in its entirety.


//


//


//

Dated:  March 7, 2008                     Respectfully submitted,

                                          JEFFREY S. BUCHOLTZ
                                          Assistant Attorney General


                                          DOUGLAS N. LETTER
                                          Terrorism Litigation Counsel


                                          _____/s/_____
                                          JOSEPH H. HUNT (D.C. Bar No. 431134)
                                          VINCENT M. GARVEY (D.C. Bar No. 127191)
                                          JUDRY L. SUBAR (D.C. Bar No. 347518)
                                          TERRY M. HENRY
                                          JAMES J. SCHWARTZ (D.C. Bar No. 468625)
                                          ROBERT J. KATERBERG
                                          ANDREW I. WARDEN
                                          JAMES LUH
                                          NICHOLAS A. OLDHAM
                                          Attorneys
                                          United States Department of Justice
                                          Civil Division, Federal Programs Branch
                                          20 Massachusetts Ave., N.W.
                                          Washington, DC  20530
                                          Tel:  (202) 616-8267
                                          Fax:  (202) 616-8460

                                          Attorneys for Respondents