# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **IN RE:** | **Misc. No. 08-442 (TFH)** |
| | |
| **GUANTANAMO BAY** | **Civil Action Nos.** |
| **DETAINEE LITIGATION** | |
| | **02-CV-0828, 04-CV-1136, 04-CV-1194, 04-CV-1254,** |
| | **05-CV-0270, 05-CV-0392, 05-CV-0999, 05-CV-1645,** |
| | **05-CV-1646, 05-CV-2083, 07-CV-1710, 07-CV-2337,** |
| | **07-CV-2338** |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that undersigned counsel Robert J. Katerberg hereby

withdraws his appearance as one of the counsel for respondents in the above-captioned cases.

The other government counsel who have appeared will continue to represent respondents.

Dated: July 8, 2008                    Respectfully submitted,

                                       GREGORY G. KATSAS
                                       Assistant Attorney General

                                       DOUGLAS N. LETTER
                                       Terrorism Litigation Counsel

                                         /s/ Robert J. Katerberg
                                       JOSEPH H. HUNT (D.C. Bar No. 431134)
                                       VINCENT M. GARVEY (D.C. Bar No. 127191)
                                       JUDRY L. SUBAR (D.C. Bar No. 347518)
                                       TERRY M. HENRY
                                       ROBERT J. KATERBERG (D.C. Bar No. 466325)
                                       United States Department of Justice
                                       Civil Division, Federal Programs Branch
                                       20 Massachusetts Ave., N.W.
                                       Washington, D.C. 20530
                                       Tel.: (202) 616-8298
                                       Fax: (202) 616-8460

                                       Attorneys for Respondents