UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| IN RE: | ) <br> ) <br> ) Misc. No. 08-442 (TFH) |
| GUANTANAMO BAY <br> DETAINEE LITIGATION | ) <br> ) Civil Action Nos. <br> ) <br> ) 02-CV-0828, 04-CV-1136, 04-CV-1164, 04-CV-1194, <br> ) 04-CV-1254, 04-CV-1937, 04-CV-2022, 04-CV-2035, <br> ) 04-CV-2046, 04-CV-2215, 05-CV-0023, 05-CV-0247, <br> ) 05-CV-0270, 05-CV-0280, 05-CV-0329, 05-CV-0359, <br> ) 05-CV-0392, 05-CV-0492, 05-CV-0520, 05-CV-0526, <br> ) 05-CV-0569, 05-CV-0634, 05-CV-0748, 05-CV-0763, <br> ) 05-CV-0764, 05-CV-0833, 05-CV-0877, 05-CV-0881, <br> ) 05-CV-0883, 05-CV-0889, 05-CV-0892, 05-CV-0993, <br> ) 05-CV-0994, 05-CV-0995, 05-CV-0998, 05-CV-0999, <br> ) 05-CV-1048, 05-CV-1124, 05-CV-1189, 05-CV-1220, <br> ) 05-CV-1236, 05-CV-1244, 05-CV-1347, 05-CV-1353, <br> ) 05-CV-1429, 05-CV-1457, 05-CV-1458, 05-CV-1487, <br> ) 05-CV-1490, 05-CV-1497, 05-CV-1504, 05-CV-1505, <br> ) 05-CV-1506, 05-CV-1509, 05-CV-1555, 05-CV-1590, <br> ) 05-CV-1592, 05-CV-1601, 05-CV-1602, 05-CV-1607, <br> ) 05-CV-1623, 05-CV-1638, 05-CV-1639, 05-CV-1645, <br> ) 05-CV-1646, 05-CV-1649, 05-CV-1678, 05-CV-1704, <br> ) 05-CV-1725, 05-CV-1971, 05-CV-1983, 05-CV-2010, <br> ) 05-CV-2083, 05-CV-2088, 05-CV-2104, 05-CV-2112, <br> ) 05-CV-2185, 05-CV-2186, 05-CV-2199, 05-CV-2200, <br> ) 05-CV-2249, 05-CV-2349, 05-CV-2367, 05-CV-2371, <br> ) 05-CV-2378, 05-CV-2379, 05-CV-2380, 05-CV-2381, <br> ) 05-CV-2384, 05-CV-2385, 05-CV-2386, 05-CV-2387, <br> ) 05-CV-2398, 05-CV-2444, 05-CV-2477, 05-CV-2479, <br> ) 06-CV-0618, 06-CV-1668, 06-CV-1674, 06-CV-1684, <br> ) 06-CV-1688, 06-CV-1690, 06-CV-1691, 06-CV-1758, <br> ) 06-CV-1759, 06-CV-1761, 06-CV-1765, 06-CV-1766, <br> ) 06-CV-1767, 07-CV-1710, 07-CV-2337, 07-CV-2338, <br> ) 08-CV-0987, 08-CV-1085, 08-CV-1101, 08-CV-1104 <br> ) 08-CV-1153 <br> ) |

**NOTICE OF APPEAL**

NOTICE is hereby given that all respondents in the above-referenced matters hereby

appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order

of this Court dated July 10, 2008, docketed July 11, 2008 as Docket Entry 52 in Miscellaneous

Case 08-442 in its entirety.

Dated:  July 25, 2008                    Respectfully submitted,

                                         GREGORY G. KATSAS
                                         Assistant Attorney General

                                         JOHN C. O'QUINN
                                         Deputy Assistant Attorney General


                                           /s/ Judry L. Subar
                                         JOSEPH H. HUNT (D.C. Bar No. 431134)
                                         VINCENT M. GARVEY (D.C. Bar No. 127191)
                                         JUDRY L. SUBAR (D.C. Bar No. 347518)
                                         TERRY M. HENRY
                                         ANDREW I. WARDEN (IN Bar No. 23840-49)
                                         Attorneys
                                         United States Department of Justice
                                         Civil Division, Federal Programs Branch
                                         20 Massachusetts Avenue N.W.
                                         Washington, DC  20530
                                         Tel:  (202) 305-0169
                                         Fax:  (202) 616-8470

                                         Attorneys for Respondents